# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.   12-cr-00123-DME

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERTO GARCIA-CORRAL,

        Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

A Notice of Disposition was filed in the above matter on April 4, 2012.

IT IS ORDERED THAT A Change of Plea hearing is set for **May 2, 2012, at 10:00 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on April 30.** <u>If these documents are not timely submitted, the hearing will be vacated.</u> **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u> (*see* D.C.COLO.LCrR 11.1F).   The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the *Booker* and *FanFan* decisions, and they will only be accepted in certain circumstances.**   In light of the Defendant's Notice of Disposition, the speedy trial time is tolled.

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for May 2, 2012, and the three-day jury trial in this matter, set to commence May 14, 2012, are VACATED.

DATED: April 6, 2012.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge